868

No. 87–5286.  HOLMES v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 87–5287.  LAWSON v. OKLAHOMA EX REL. OKLAHOMA BAR ASSN.  Sup. Ct. Okla.  Certiorari denied.

No. 87–5289.  VASS v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 87–5290.  MOORE v. ZIMMERMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AND DIAGNOSTIC AND CLASSIFICATION CENTER AT GRATERFORD.  C. A. 3d Cir.  Certiorari denied.

No. 87–5291.  MELIA v. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 5th Cir.  Certiorari denied.

No. 87–5293.  SANDIDGE v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 87–5297.  RIVERA v. WELLS FARGO CREDIT CORP. ET AL. C. A. 9th Cir.  Certiorari denied.

No. 87–5303.  TRATAR v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 87–5305.  TISDALE v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 87–5306.  PASKINS ET AL. v. ILLINOIS.  App. Ct. Ill., 3d Dist.  Certiorari denied.

No. 87–5308.  THACKER ET UX. v. GREAT AMERICAN INSURANCE CO.  C. A. 4th Cir.  Certiorari denied.

No. 87–5309.  DE LA CERDA v. CHEMEKETA COMMUNITY COLLEGE DISTRICT ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 87–5317.  SMITH v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 87–5324.  RODGER v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.